184 So. 921

## Hayes SMITH v. STATE.
### 7 Div. 429.

Court of Appeals of Alabama.
Nov. 15, 1938.

A.˙ A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

186 So. 923

## Jimmie SMITH v. STATE.
### 8 Div. 795.

Court of Appeals of Alabama.
Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

184 So. 921

## Kid SMITH v. STATE.
### 4 Div. 426.

Court of Appeals of Alabama.
Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

176 So. 925

## Oscar C. SMITH v. STATE.
### 8 Div. 503.

Court of Appeals of Alabama.
Oct. 26, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed. on motion of appellant.

189 So. 924

## Roy Marvin SMITH v. STATE.
### 8 Div. 794.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

188 So. 926

## S. Russell SMITH v. STATE.
### 2 Div. 656.

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.